UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

_____

| | |
|---|---|
| BRADLEY DALE EVANS, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | CV 25-128-M-DWM |
| vs. | |
| AUSTIN KNUDSEN, et al. | |
| Defendants. | |

_____

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of November 14, 2025 (Doc. 16), this action is DISMISSED.

Dated this 12th day of December, 2025.

TYLER P. GILMAN, CLERK

By: /s/ T. Gesh
T. Gesh, Deputy Clerk